JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PARSHALL, | Case No. CV 18-4821 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMMUNITY BANK, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice

Dated this 30th day of August, 2018.

/s/
Fernando M. Olguin
United States District Judge